JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, JR., | Case No. CV 19-5656 ODW (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| T. DRAKE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 28, 2020

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE